IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00021

PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY,

    Plaintiff,

v.

LANDON TRANSPORT LOGISTICS, LLC;
THE TOP SHOP, INC., d/b/a American Cabinet & Flooring, Inc.; and
LOGISTICS DIRECT, LLC,

    Defendants.

_____

## JUDGMENT
_____

    Pursuant to the Order for Dismissal entered by Senior Judge Richard P. Matsch on April 14, 2014, it is

    ORDERED AND ADJUDGED that this civil action is dismissed without prejudice.

Defendants are awarded costs upon the filing of bills of costs within 14 days.

    DATED:  April 14th, 2014

                            FOR THE COURT:

                            JEFFREY P. COLWELL, Clerk

                                s/M. V. Wentz
                          By_____
                                  Deputy